[No. 53710-5-I.   Division One.   December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ARES STEVEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01454-7, George T. Mattson, J., entered January 5, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53813-6-I.   Division One.   December 27, 2004.]

*In the Matter of the Personal Restraint of* RUDOLF W. RENFRO, *Petitioner*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 13, 2005.

[No. 53816-1-I.   Division One.   December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TAUSHA LENEE HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00933-1, Brian D. Gain, J., entered January 26, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53818-7-I.   Division One.   December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD IRVING MAULE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00414-8, Nicole MacInnes, J., entered January 28, 2004. *Affirmed* by unpublished per curiam opinion.